# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00515-CV

**Richard Avina, Appellant**

**v.**

**Evergreen Estates, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 25CCV00719, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 27, 2025. On November 13, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 24, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: February 27, 2026